# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>V.<br>STEVEN C. NAGY AKA STEPHEN C. NAGY: LILIAN NAGY: ET AL, <br><br>Defendants PRO SEY | Civil Action No. 3:11cv-05066-BHS<br><br>**STEPHEN C NAGY: LILIAN NAGY ADDENDUM TO ANSWER MOTION FOR JURY TRIAL** |

STEPHEN C NAGY AND LILIAN NAGY hereby conjoined make addendum to Answers, State to this court we request jury trial.

STEPHEN C NAGY and LILIAN NAGY, Defendants, certify that under the penalty of perjury the facts contained herein are true and correct and are not misleading, and that on June 8, 2011, we electronically sent Via (ECF), **ADDENDUM TO ANSWER, MOTION FOR JURY TRIAL** To: Nathaniel B Parker Trial Attorney, US Dept. of Justice, Tax division, PO Box 683, Ben Franklin Station, Washington DC 20004

SIGNATURE *[signed] Stph C Nagy*

SIGNATURE *[signed] Lilian Nagy*

Addendum to Answer motion for Jury Trial