UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN C. NAGY AKA STEPHEN C. NAGY; LILIAN NAGY; STEPHEN C. NAGY AS TRUSTEE FOR SULTAN ESTATES TRUST; LILIAN NAGY AS TRUSTEE FOR SULTAN ESTATES TRUST,<br><br>  Defendants. | CASE NO. C11-5066 BHS<br><br>ORDER DECLINING TO VOLUNTARILY RECUSE AND REFERRING MOTION TO CHIEF JUDGE |

This matter comes before the Court on the Defendant Stephen Nagy's ("Nagy") "Motion to Recuse and or Mistrial" (Dkt. 53).

On July 20, 2012, the Court granted the Government's motion for sanctions and request for an order of default judgment against Nagy based on his repeated failure to comply with discovery obligations. Dkt. 50. On July 25, 2012, Nagy filed the instant motion requesting that the undersigned recuse because the deputy clerk has failed to

ORDER - 1

1 | produce the undersigned's proper presidential commission, appointment documents,

2 | and/or senate confirmation documents.  Dkt. 53.

3 |     Pursuant to Local General Rule 8(c), any motion to recuse shall be referred to the

4 | Chief Judge.  The challenged judge, however, is afforded an opportunity to review the

5 | motion and recuse voluntarily.

6 |     The undersigned has reviewed the motion and finds that it is wholly without merit.

7 | Therefore, the undersigned **DECLINES** to voluntarily recuse.  The Clerk shall refer the

8 | motion to the Chief Judge for further consideration.

9 | **IT IS SO ORDERED.**

10 | Dated this 26th day of July, 2012.

                                              BENJAMIN H. SETTLE  
                                              United States District Judge